UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Christopher King
      Bankruptcy No.  22-12017-elf
      Adversary No.
      Chapter  13

Date:  8/8/2022

To:  JAY E. KIVITZ
Kivitz & Kivitz, P.C.
7901 Ogontz Ave.
Philadelphia, PA 19150

## NOTICE OF INACCURATE FILING

Re: Certificate of Service of Motion For Relief from Automatic Stay (Document #11)  AND
Certificate of Service of Notice of Motion, Response Deadline and Hearing Date (Document #12)

The above pleading was filed in this office on 8/4/2022 **.** Please be advised that the following document(s) filed contains a deficiency as set forth below:

    ( )    Debtor's name does not match case number listed
    ( )    Debtor's name and/or case number (is) are missing.
    ( )    Wrong PDF document attached
    ( )    PDF document  not legible
    ( )    Notice of Motion/Objection
    ( )    Electronic Signature missing
    (xx)    Other- Incorrect case number on both document # 11 and 12

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By:  **C. Wagner**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04