MY NAME IS CHRISTOPHER KING

I'm ASKING THE COURT SOME MORE TIME TO FILE ADDITIONAL DOCUMENTS PLEASE

*Christoph* [signature]


FILED
AUG 10 2022
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK