**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                  :        Chapter 13

Christopher King
   dba
Chris Jamaica.Style Contractor
                                       :
              **Debtor**
                            Bankruptcy No. 22-12017-elf

**O R D E R**

     **AND NOW**, upon consideration of the Debtor(s)' Motion for Extension of Time to File the required documents, it is hereby **ORDERED** that the motion is **GRANTED** and the debtor(s) may file their documents on or before **September 2, 2022**.

     **No further extensions will be granted.**

Dated: 8/10/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc: Christopher King
    2053 Federal St.
    Philadelphia, PA 19146