**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| CHRISTOPHER KING | : | |
| | : | Bankruptcy No. 22-12017 (ELF) |
| Debtor | : | |

**AMENDED CERTIFICATION OF SERVICE**

    I hereby certify that a true and correct copy of the Motion for Relief From Automatic Stay, proposed Order and Notice of Motion, response Deadline and Hearing Date was served upon the Debtor by first class mail, postage prepaid on August 4, 2022 as follows:

Christopher King
2053 Federal Street
Philadelphia, PA 19146


                                                                                       /s/ Jay E. Kivitz_____
                                                                                    JAY E. KIVITZ, ESQUIRE
                                                                                    Attorney for Peter Lax

Date: August 9, 2022