# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | CASE NO. 22-12017-ELF |
| CHRISTOPHER KING | ) | CHAPTER 13 |
| DEBTOR | ) |  |
|  | ) |  |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 2032 ANNIN ST, PHILADELPHIA, PA 19146 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******1775**

NOW COMES HSBC Bank USA, National Association, as Trustee for Fremont Home Loan Trust 2006-C, Mortgage-Backed Certificates, Series 2006-C, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
8757 Red Oak Blvd.
Suite 150
Charlotte, NC 28217
PABKR@brockandscott.com

PHH Mortgage Corporation
One Mortgage Way
Mount Laurel, New Jersey 08054

Please take notice that the undersigned hereby appears as counsel for HSBC Bank USA, National Association, as Trustee for Fremont Home Loan Trust 2006-C, Mortgage-Backed

22-13307 BKPOC01




Certificates, Series 2006-C pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/s/ Mario Hanyon
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

22-13307 BKPOC01