22-12017-ELF

To who it may concern
My name is Christopher King
I'm asking the court and judge
to protect me and my right
to file Bankruptcy twice a year
if necessary. — The Plaintiff is trying
to take that right from me
for the reason of taking
my house from me making
me homeless please help me
stay in my home so I can resolve this matter

Thank you Judge

Christopher [signature]
267 972 2866

FILED
AUG 1 8 2022
TIMOTHY McGRATH, CLERK
DEP. CLERK