UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Christopher King, | : | |
| Debtor | : | |
| _____ | : | BK NO. 22-12017 ELF |
| | : | |
| Peter Lax, | : | Chapter 13 |
| | : | |
| Movant | : | |
| v. | : | |
| Christopher King, | : | |
| Debtor | : | |

# ORDER

AND NOW, this **30th day of August, 2022**, upon consideration of the Motion of Peter Lax (the "Movant") for Relief from the Automatic Stay ("the Motion"), and the Debtor's response thereto, and after a hearing, it is **ORDERED** that the Motion is **GRANTED**. The automatic stay under 11 U.S.C. §362(a), is hereby **MODIFIED** pursuant to 11 U.S.C. §362(d)(1) to permit the Movant, his agents, assigns or successors in interest to take any and all actions under applicable state law to exercise his *in rem r*emedies, including an action for possession if applicable, against the real property located at 2053 Federal Street, Philadelphia, PA 19146.

It is further **ORDERED** that if this Bankruptcy is dismissed, the Debtor is **PROHIBITED** from filing another bankruptcy case for one (1) year from the date of the dismissal without first filing a **MOTION** docketed in this bankruptcy case **REQUESTING LEAVE OF COURT** to file and **RECEIVING PERMISSION** from the court to file the new case. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, **THE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**