United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 22-12017-elf
Christopher King                                                                Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 30, 2022 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
           regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher King, 2053 Federal St., Philadelphia, PA 19146-2829 |
| cr | + | Peter Lax, 111 Flagstaff Road, Philadelphia, PA 19115-3409 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 31 2022 00:02:00 | HSBC Bank USA, National Association, as Trustee fo, One Mortgage Way, Mount Laurel, NJ 08054-4637 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JAY E. KIVITZ | on behalf of Creditor Peter Lax jkivitz@kivitzandkivitz.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Fremont Home Loan Trust 2006-C, |

Mortgage-Backed wbecf@brockandscott.com, mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ

on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Asset Trust 2005-7
Home Equity Pass-Through Certificates, Series 2005-7 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Christopher King, | : | |
| Debtor | : | |
| | : | BK NO.  22-12017 ELF |
| | : | |
| Peter Lax, | : | Chapter 13 |
| | : | |
| Movant | : | |
| v. | : | |
| Christopher King, | : | |
| Debtor | : | |

**ORDER**

AND NOW, this **30th day of August, 2022**, upon consideration of the Motion of Peter

Lax (the "Movant") for Relief from the Automatic Stay ("the Motion"), and the Debtor's response

thereto, and after a hearing, it is  **ORDERED** that the Motion is **GRANTED**.  The automatic stay

under 11 U.S.C. §362(a), is hereby **MODIFIED** pursuant to 11 U.S.C. §362(d)(1) to permit the

Movant, his agents, assigns or successors in interest to take any and all actions under applicable

state law to exercise his *in rem r*emedies, including an action for possession if applicable, against

the real property located at 2053 Federal Street, Philadelphia, PA  19146.

It is further **ORDERED** that if this Bankruptcy is dismissed, the Debtor is **PROHIBITED**

from filing another bankruptcy case for one (1) year from the date of the dismissal without first

filing a **MOTION** docketed in this bankruptcy case **REQUESTING LEAVE OF COURT** to file

and **RECEIVING PERMISSION** from the court to file the new case.  In the event that the

Debtor attempts to file a bankruptcy case in violation of this order, **THE CLERK IS**

**INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver

the papers immediately to the assigned bankruptcy judge for appropriate action.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**