**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Christopher King | : | |
| | : | |
| Debtor | : | Bankruptcy No. 22-12017-elf |

ORDER

AND NOW, it is  **ORDERED** that since the debtor(s) have failed to timely file the documents required by the order dated August 2, 2022, this case is hereby DISMISSED.

It is further **ORDERED** t the Debtor is **PROHIBITED** from filing another bankruptcy case prior to **September 9, 2023** without first filing a **MOTION** docketed in this bankruptcy case R**EQUESTING LEAVE OF COURT** to file and **RECEIVING PERMISSION** from the court to file the new case.  In the event that the Debtor attempts to file a bankruptcy case in violation of this order, T**HE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

Date: 9/9/22

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Missing Documents:

Matrix List of Creditors
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income
Form 122C‑1 Means Test Calculation Form 122C‑2
Schedules AB‑J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106