United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12017-elf |
| Christopher King | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 09, 2022 | Form ID: pdf900 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher King, 2053 Federal St., Philadelphia, PA 19146-2829 |
| cr | + | Peter Lax, 111 Flagstaff Road, Philadelphia, PA 19115-3409 |
| 14710657 | + | Peter Lax, Jay E. Kivitz, Esquire, Kivitz & Kivitz, P.C., 7901 Ogontz Avenue, Philadelphia, PA 19150-1409 |
| 14711353 | + | U.S. Bank National Association as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 09 2022 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 09 2022 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 09 2022 23:32:00 | HSBC Bank USA, National Association, as Trustee fo, One Mortgage Way, Mount Laurel, NJ 08054-4637 |
| 14712294 | + | Email/Text: EBN@brockandscott.com | Sep 09 2022 23:32:00 | HSBC Bank USA ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14711227 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2022 23:39:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14717378 | | Email/Text: BKEBN-Notifications@ocwen.com | Sep 09 2022 23:32:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14712295 | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 09 2022 23:32:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14711294 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2022 23:40:04 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14715157 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 09 2022 23:32:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14711353 | ^ | MEBN | Sep 09 2022 23:26:17 | U.S. Bank National Association as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 09, 2022 | Form ID: pdf900 | Total Noticed: 13 |

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JAY E. KIVITZ | on behalf of Creditor Peter Lax jkivitz@kivitzandkivitz.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Fremont Home Loan Trust 2006-C, Mortgage-Backed wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Asset Trust 2005-7 Home Equity Pass-Through Certificates, Series 2005-7 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Christopher King | : | |
| Debtor | : | Bankruptcy No. 22-12017-elf |

ORDER

AND NOW, it is **ORDERED** that since the debtor(s) have failed to timely file the documents required by the order dated August 2, 2022, this case is hereby DISMISSED.

It is further **ORDERED** t the Debtor is **PROHIBITED** from filing another bankruptcy case prior to **September 9, 2023** without first filing a **MOTION** docketed in this bankruptcy case R**EQUESTING LEAVE OF COURT** to file and **RECEIVING PERMISSION** from the court to file the new case. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, T**HE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

Date: 9/9/22

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Missing Documents:

Matrix List of Creditors
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income
Form 122C‑1 Means Test Calculation Form 122C‑2
Schedules AB‑J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106